UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 23 mj2143 |
|---|---|---|
| Plaintiff, | ) | Magistrate Case No._____ |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| Alexis LOPEZ & Diocelene GOMEZ-Navarrete, | ) | Title 8, U.S.C., Section 1324(a)(1)(A)(ii) and (v)(I) Conspiracy to Transport Aliens |
| Defendants | ) | |

The undersigned complainant being duly sworn states:

Beginning at a date unknown and continuing up to and including June 13, 2023, within the Southern District of California and elsewhere, defendant, Alexis LOPEZ and Diocelene GOMEZ-Navarrete, did knowingly and intentionally conspire with each other and other persons known and unknown to transport and move aliens within the United States, knowing and in reckless disregard of the fact that said aliens would come to, enter, and remain in the United States in violation of law, in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(I).

_____
SIGNATURE OF COMPLAINANT
Mario Valdes-Vazquez, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on June 14, 2023.

_____
HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

The complainant states that Jose Adrian LOPEZ-Martinez, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 13, 2023, United States Customs and Border Protection (CBP) Enforcement Officers conducted a proactive enforcement operation in the vehicle inspection area of the San Ysidro Port of Entry.

On June 13, 2023, at approximately 4:15 P.M., J.P.B., a citizen of the United States, applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a blue Ford Expedition via the vehicle primary lanes. Upon inspection before a CBP Officer, J.P.B., presented his California Driver license, stated he was going to San Diego, California and had nothing to declare from Mexico. The CBP Officer conducted primary queries and received a computer-generated alert. J.P.B. stated to CBP Officer that he felt his vehicle was shaking and believed someone was inside the vehicle. The CBP Officer conducted a cursory inspection of the vehicle and opened the cargo area. The CBP Officer discovered what appeared to be a person concealed under a dark sheet. J.P.B. was handcuffed and turned over to CBP Officer participating in the enforcement operation.

A CBP Officer responded to the vehicle and confirmed there was a person concealed under a dark sheet. CBP Officers assigned to the enforcement operation removed the individual from the cargo area of the vehicle and escorted him to the security office for further processing. The concealed individual was later identified as Jose Adrian LOPEZ-Martinez (Material Witness) and determined to be a citizen of Mexico without legal documents to enter the United States and is now being held as a Material Witness.

CBP Officers allowed J.P.B. to continue into the United States under constant surveillance to identify any individuals that might make contact with J.P.B. in order to retrieve the vehicle that previously contained the concealed Material Witness. Officers conducted surveillance of J.P.B. and the vehicle, from the San Ysidro Port of Entry to a restaurant parking lot in National City, California. At approximately 5:29 PM., a white Jetta was observed to be parked near J.P.B's vehicle. At approximately 5:33 PM., CBP Officers observed a male, later identified as Alexis LOPEZ, approached J.P.B. while he was parked. J.P.B. turned over the vehicle's key to LOPEZ and told him that he would be waiting inside the restaurant. LOPEZ took possession of the vehicle at that time.

Based on CBP Officers' training and experience in alien smuggling cases through the ports of entry, drivers are often instructed to deliver vehicles to another person who will transport the aliens to a stash house or to their sponsors in the United States.

CBP Officers observed LOPEZ depart the parking area, a white VW Jetta followed behind it. Both vehicles drove toward the back of nearby retail stores to a secluded area. Surveillance Officers noticed the white VW Jetta following was driven by a female later identified as Diocelene GOMEZ-Navarrete. As both vehicles traveled in tandem, one of the surveillance Officers believed LOPEZ and GOMEZ became suspicious that they were being watched by law enforcement and attempted to abscond from the area. CBP officers converged to the immediate area and took them into custody.

At approximately 9:00 P.M., J.P.B. was advised of his Miranda Rights and elected to make a statement. J.P.B. stated he saw an advertisement on Facebook seeking people to transport currency from the United States to Mexico. J.P.B. accepted the proposition and agreed to pick up money in the U.S, and transport it to Mexico for a reward payment of $1,000 U.S Dollars. While in Mexico, J.P.B. provided his vehicle to unknown male who claimed they were going to install a GPS tracking device. J.P.B. denied having knowledge of the Material Witnesses concealed in the cargo area of the vehicle. However, as he was waiting in line to enter the United States he believed someone was in the cargo area of his vehicle and told the primary CBP Officer.

Material Witness stated he is a citizen of Mexico with no legal entitlements or documents to enter the United States. Material Witness stated that his cousin made the smuggling arrangements and was going to pay $12,000 U.S. Dollars to be smuggled into the United States. Material Witness stated he was going to San Jose, California.